BOARD OF TRANSPORTATION v. NEIL E. BROWN AND WIFE, INGRID S. BROWN

No. 77

(Filed 29 December 1978)

ON petition for further review pursuant to G.S. 7A-31 of the Court of Appeals' decision, 34 N.C. App. 266, 237 S.E. 2d 854 (1977), which found error in the trial before *Ervin, J.*, at the 20 July 1976 Session of BUNCOMBE Superior Court and awarded a new trial. This case was argued as No. 26 at the Spring Term 1978.

*Rufus L. Edmisten, Attorney General, by James B. Richmond, Special Deputy Attorney General, for the State.*

*Lentz & Ball, P.A., by Ervin L. Ball, Jr., and Long, McClure & Dodd, by Robert B. Long, Jr., Attorneys for defendants.*

PER CURIAM.

We have carefully examined the Court of Appeals' opinion by Clark, J., and the briefs and authorities on the points in question. We find the result reached by the Court of Appeals, its reasoning, and the legal principles enunciated by it to be altogether correct. Its decision is, therefore,

Affirmed.

Justice BRITT took no part in the consideration or decision of this case.